| | |
|---|---|
| CHARLES COLEMAN ET AL<br><br>Plaintiff(s)<br><br>- against -<br><br>MCNAMEE CONSTRUCTION CORP. ET AL<br><br>Defendant(s) | Index #: 08 CV 0045<br><br>Date Filed:<br><br>**AFFIDAVIT OF SERVICE**<br><br>Attorney File #1: 4754.004 |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

TONY DONADIO BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on February 11, 2008 at 09:20 AM at

MCNAMEE CONSTRUCTION
152 ROUTE 202
LINCOLNDALE, NY 10540

deponent served the within true copy of the SUMMONS & COMPLAINT, JUDGE BATTS' RULES, JUDGE ELLIS' RULES, GUIDELINES FOR ELECTRONIC FILEING IN SDNY on DANIEL F MACNAMEE III, the defendant/respondent therein named.

**INDIVIDUAL** by delivering a true copy of each to said defendant/respondent personally; deponent knew the person so served to be the person described as the defendant/respondent therein and he identified himself as such.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | WHITE | 58 | 5'10 | 180 |

**MILITARY SERVICE** Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the defendant/respondent in this action.

Sworn to me on: February 12, 2008



Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

TONY DONADIO

Docket #: 540664