## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 08 CV 0045                                                          Purchased/Filed: January 3, 2008

STATE OF NEW YORK    UNITED STATES DISTRICT COURT                           SOUTHERN COUNTY

Charles Coleman, et al.                                                     Plaintiff

against

McNamee Construction Corp., Daniel F. McNamee III, et al.                   Defendant

STATE OF NEW YORK
COUNTY OF ALBANY        SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____February 7, 2008_____, at _____11:45am_____, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action, Complaint, Individual Practices of Judge Deborah A. Batts and Individual Practices of Magistrate Judge Ronald L. Ellis bearing the above Index # and Filing Date on

_____McNamee Construction Corp._____, the Defendant in this action, by delivering to and leaving with _____Donna Christie_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40.00__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:   Approx. Age: __38__    Approx. Wt: __140__    Approx. Ht: __5'6__
Color of skin: __White__    Hair color: __Blonde__    Sex: __Female__    Other: _____

Sworn to before me on this

__12th__ day of _____February 2008_____

DEBORAH A BOTTISTI
NOTARY PUBLIC, State of New York
No 01BO6036756, Qualified in Albany County
Commission Expires February 7, 2010

Jessica Miller

Invoice·Work Order # 0617481